410

[No. 11486-1-II.   Division Two.   October 30, 1989.]

*In the Matter of the Estates of*
ROBERT G. HIBBARD, ET AL.

HEIDI L. HIBBARD, *Individually and as Personal Representative, Plaintiff,* v. GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & O'HERN, ET AL, *Appellants,* THE STATE OF WASHINGTON, *Respondent.*

The decision in the above captioned case which appeared in the advance sheets at 55 Wn. App. 410-17 will not be published in this permanent bound volume pursuant to an order of the Court of Appeals dated October 30, 1989, directing that the opinion be withdrawn.